In the Matter of the Claim of ART CUTTING, Respondent, against HEWITT RUBBER Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued December 1, 1949; decided December 29, 1949.

*Frank C. Roberts* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.